[No. 10986–3–I.   Division One.   October 15, 1984.]

H. DAVID FISHER, ET AL, *Respondents*, v. RICHARD L. LOOMIS, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King

County, No. 79–2–03380–4, Stephen M. Reilly, J., entered October 2, 1981. *Remanded with instructions* by unpublished opinion per Ringold, J., concurred in by Corbett, A.C.J., and Swanson, J.